ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED**

JUN 1 3 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| IVORY L. TEALER, JR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | No. 3-05-CV-0420-B |
| | § | |
| ED WALTON | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

After conducting a review of the pleadings, files and records in this case, and the Findings

and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §

636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are

correct and they are hereby accepted as the Findings of the Court.

SIGNED this 13th day of June, 2005.

UNITED STATES DISTRICT JUDGE